IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| GEORGE LUGO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTH INITIATIVES-IOWA, CORP., dba MERCY MEDICAL CENTER<br><br>　　　　Defendant. | LAW NO. 4:10-cv-397<br><br>**FIRST AMENDED COMPLAINT AND JURY DEMAND** |

COMES NOW plaintiff George Lugo, and for his cause of action against the defendant, Catholic Health Initiatives-Iowa Corp. dba Mercy Medical Center, states:

## **PARTIES AND JURISDICTION**

1.　　At all times material hereto, the Plaintiff was and is a resident of Polk County, Iowa.

2.　　Defendant Catholic Health Initiatives-Iowa, Corp. dba Mercy Medical Center, is a corporation duly authorized under the laws of Iowa with its offices located in Des Moines, Polk County, Iowa, by whom Plaintiff was employed.

3.　　At all relevant times, Defendant, Catholic Health Initiatives, has continuously had at least fifteen employees.

4.　　At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 101(5)(A) of the ADA, 42 U.S.C. § 12111(5)(A).

5.　　Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706 of Title VII of the

Civil Rights Act of 1964, 42 U.S.C. § 2000e-5, and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

## PROCEDURAL REQUIREMENTS

6. On or about December 4, 2009, Plaintiff filed charges of employment discrimination against Defendant with the Iowa Civil Rights Commission.

7. On or about June 4, 2010, less than 90 days prior to the filing of this Complaint, the Equal Employment Opportunity Commission issued a Notice of Right to Sue with respect to Plaintiff's charge of discrimination.

8. Since at least February 27, 2009, Catholic Health Initiatives has engaged in unlawful practices at its Des Moines, Iowa facility in violation of Section 102(a), 42 U.S.C. 12112(a) of the ADA.

## COUNT I - ADA

9. George Lugo has an impairment which limits him in the major life activity of hearing. Mr. Lugo is a qualified individual with a disability within the meaning of Title I of the ADA.

10. Mr. Lugo was employed by Catholic Health Initiatives as a surgical technician.

11. Mr. Lugo is qualified to perform the essential functions of a surgical technician job and was employed in such a position prior to his employment with Catholic Health Initiatives.

12. Mr. Lugo suffered an adverse employment action when he was placed on modified duty and reassigned to the position of instrument technician on or about February 27, 2009.

13. The changes in his working conditions and duties constitute a material employment disadvantage.

14. The effect of the practices complained of in paragraphs 12-13 above has been to deprive Mr. Lugo of equal employment opportunities and otherwise adversely affect his status as an

employee.

15. The Defendant's actions were the proximate cause of damage to the Plaintiff.

16. The Plaintiff's damages include, but are not limited to past lost wages, future lost wages, past lost benefits, future lost benefits, past emotional distress and future emotional distress.

17. The Defendant's actions were sufficiently willful and wanton to support the imposition of punitive damages.

18. The Plaintiff is entitled to reasonable attorney fees in this case.

WHEREFORE, the Plaintiff, George Lugo, prays the Court enter judgment against the Defendant, Catholic Health Initiatives-Iowa, Corp., and grant the Plaintiff such compensatory damages, punitive damages, attorneys fees and other relief as the Court deems appropriate under the law.

## COUNT II - IOWA CIVIL RIGHTS ACT

19. Plaintiff incorporates paragraphs 1-18 as if restated herein.

20. The Defendant's actions constitute a violation of the Iowa Civil Rights Act as codified in Iowa Code Chapter 216 because those actions constitute discrimination on the basis of disability.

21. The Defendant's actions, including but not limited to reassignment of Plaintiff's employment duties, constituted discrimination in terms, benefits and conditions of the Plaintiff's employment on the basis of conditions related to disability.

22. The Defendant's actions were the proximate cause of damage to the Plaintiff.

23. The Plaintiff's damages include, but are not limited to, past lost wages, future lost wages, past lost benefits, future lost benefits, past emotional distress and future emotional distress.

24.     The Defendant's actions were sufficiently willful and wanton to support the imposition of punitive damages.

25.     The Plaintiff is entitled to reasonable attorney fees in this case.

WHEREFORE, the Plaintiff, George Lugo, prays the Court enter judgment against the Defendant, Catholic Health Initiatives-Iowa, Corp., and grant the Plaintiff such compensatory damages, punitive damages, attorneys fees and other relief as the Court deems appropriate under the law.

## JURY DEMAND

COMES NOW the Plaintiff, George Lugo and hereby demands a trial by jury of all issues properly triable to a jury.

Respectfully submitted,

By /s/
    Mark W. Thomas      AT0007832

By /s/
    Laura N. Martino      AT0005043

Grefe & Sidney, P.L.C.
500 E. Court Ave., Suite 200
Des Moines, IA   50309
Telephone:    515/245-4300
Telefax:        515/245-4452
mthomas@grefesidney.com
lmartino@grefesidney.com
ATTORNEYS FOR PLAINTIFF

Original filed.